COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT
1999 APR 24 AM 11: 07
TX EASTERN - LUFKIN
BY_____

| | | |
|---|---|---|
| RANDELL CRAIG, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. 9:99-CV-32 |
| | § | JURY |
| BIG 4 INC. and | § | |
| BIG 4 SERVICES, INC. | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

Randall Craig, Plaintiff in the above-entitled and numbered cause, hereby gives notice of his cross-appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment signed and entered in this action on March 16, 2000 and the Memorandum Order and Opinion signed/entered on March 16, 2000.

Respectfully submitted,

_____
G. SCOTT FIDDLER
TBA #06957750
FID# 12508
5959 West Loop South, Ste. 150
Bellaire, Texas 77401
Tel.: 713-661-1146
Fax: 713-661-6371

ATTORNEY-IN-CHARGE
FOR PLAINTIFF



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via fax and certified mail, return receipt requested in accordance with the Federal Rules of Civil Procedure on this the _20_ day of April 2000.

_____
G. SCOTT FIDDLER